UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| In re: | George Wesley Cookus, Sr. | CASE NO. 10-50606-RWK |
|---|---|---|
| | Debtor(s) | CHAPTER 7 |

### STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

( )  1)  No assistance was provided.

(x)  2)  Name, address, social security number, and telephone number of person or firm who provided assistance:

> Cherill Franson
> P.O. Box 1401
> American Fork, UT 84003
> Telephone Number: 801-837-2237
> Social Security Number 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

3)  Amount Amount paid for same: $ 0.00

4)  Method of payment: n/a

5)  Balance due, if any: $ 149.00

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at  Strasburg, VA
Executed on  04/19/2010

*George Wesley Cookus, Sr.*
Debtor

_____
Joint Debtor

soda.frm


FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT
APR 2 3 2010
By AS
DEPUTY CLERK