# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

In re:
COOKUS, GEORGE WESLEY, SR.                     Case No. 10-50606

                                               Chapter 7

            Debtor(s)

## OBJECTION TO MOTION TO PROCEED IN FORMA PAUPERIS

Comes now W. Stephen Scott, Trustee in this matter and objects to the Debtor's Motion to Proceed in Forma Pauperis for the reason that the Debtor is entitled to a 2009 Federal Income Tax Refund of over $1,000.00.

Dated: May 20, 2010.

                                               Respectfully submitted,

                                               W. STEPHEN SCOTT, TRUSTEE
                                               By Counsel

/s/ W. Stephen Scott
W. Stephen Scott, Esquire (VSB#14301)
Scott Kroner, PLC.
P. O. Box 2737
418 E. Water St.
Charlottesville, VA 22902
(434) 296-2161
wscott@scottkroner.com
  Attorney for the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was mailed, postage prepaid, on May 20, 2010, to COOKUS, GEORGE WESLEY, SR. , Debtor(s) at the address set forth in the petition 258 STICKLY , STRASBURG, VA 22657.

                                               /s/ W. Stephen Scott